**STATE of Louisiana**

v.

**Ervin CARTER**

**NO. 2015–K–1618**

Supreme Court of Louisiana.

October 17, 2016

Applying For Writ of Certiorari and/or Review, Parish of Jefferson, 24th Judicial District Court Div. J, No. 13–4695; to the Court of Appeal, Fifth Circuit, No. 15–KA–99

|₁Denied.

**STATE EX REL. James BELL**

v.

**STATE of Louisiana**

**NO. 2015-KH-1696**

Supreme Court of Louisiana.

October 17, 2016

Applying For Supervisory and/or Remedial Writs, Parish of E. Baton Rouge, 19th Judicial District Court Div. J, No. 08-86-0939; to the Court of Appeal, First Circuit, No. 2015 KW 0994;

|₁Denied. Relator presents no grounds for recusal. La.C.Cr.P. art. 671.

WEIMER, J., recused.

**Ronald A. FERRARI**

v.

**NOLA RENEWAL GROUP, LLC**

**NO. 2016–C–1261**

Supreme Court of Louisiana.

October 17, 2016

Applying For Writ of Certiorari and/or Review, Parish of Orleans, Civil District Court Div. N, No. 13–4462; to the Court of Appeal, Fourth Circuit, No. 2015–CA–1020;